

| | **THE CITY OF NEW YORK** | |
|---|---|---|
| ZACHARY W. CARTER | **LAW DEPARTMENT** | PERNELL M. TELFORT |
| *Corporation Counsel* | 100 CHURCH STREET | *Assistant Corporation Counsel* |
| | NEW YORK, N.Y. 10007 | Tel.: (212) 356-3541 |
| | | Fax: (212) 788- 9776 |
| | | ptelfort@law.nyc.gov |

August 19, 2014

**VIA ECF**
Honorable Gregory H. Woods
United States District Court
Southern District of New York
United States District Judge
40 Foley Square
New York, NY 10007

     Re: *Reginald Barnville v. Mimosa Café, et al.*, 14 CV 518 (GHW)

Your Honor:

   I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to represent the municipal defendants in the above-referenced action. The municipal defendants write on behalf of the parties to inform the Court that the parties have reached an agreement in principle to settle this matter in its entirety without further litigation. Accordingly, the parties respectfully request that the Court adjourn, *sine die*, all previously scheduled dates.

   Pursuant to the agreement, defendants have forward to plaintiff for execution the appropriate settlement documents, including a Stipulation and Order of Dismissal. Defendants will submit the stipulation for the Court's endorsement and filing upon full execution.

   Thank you for your consideration herein.

                  Respectfully submitted,

                  Pernell M. Telfort
                  Assistant Corporation Counsel

cc: **VIA ECF**
   John P. Grill, Esq. and George K. DeHaven, Esq.