UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

REGINALD BARNVILLE,

                    Plaintiff,

-against-

MIMOSA CAFE, LIDIVINA INFANTE MANAGER, ANTONIO LOPEZ - BOUNCER, THE CITY OF NEW YORK, PO EDWIN FLOREZ, Badge No. 943244, PO YOWELL ROSARIO, SGT GERALD LONG of the 34th PCT ANTHONY HERNANDEZ, ACCOUNT MANAGER, FOR WORKFORCE 1, and VOCATIONAL INSTRUCTION PROJECT COMMUNITY SERVICES, INC.,

                    Defendants.

-----------------------------------------------------------------X

Docket # 14 CV 518

(GHW)

**STIPULATION OF DISCONTINUANCE**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice as against defendant, SPORTS ZONE INC. D/B/A MIMOSA CAFE, S/H/A MIMOSA CAFÉ, LIDIVINA INFANTE and ANTONIO LOPEZ, only, without costs to either party as against the other, and it is further

    STIPULATED AND AGREED, that a copy of this stipulation may be filed with the Clerk of this court without further notice.

Dated: Uniondale, New York
       July 28, 2014

| LAW OFFICE OF JOHN P. GRILL, PC | RIVKIN RADLER LLP |
| --- | --- |
| | Attorneys for Defendant |
| | SPORTS ZONE INC. D/B/A MIMOSA CAFE, S/H/A MIMOSA CAFÉ, |
| *[signature]* | LIDIVINA INFANTE and ANTONIO LOPEZ |
| JOHN P. GRILL (JPG - 9446) | |
| LAW OFFICE OF JOHN P. GRILL, PC | |
| 229 Nimham Road | |
| Carmel, NY 10512 | *[signature]* |
| (845) 225-9587 | GEORGE K. DeHAVEN (GKD - 6742) |
| | A Member of the Firm |
| | 926 RXR Plaza |
| | Uniondale, New York 11556 |
| | File No.: 5290-33 |

3016866 v1